1 | **KIMBERLY S. TRIMBLE**
California State Bar No. 288682
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Kimberly_Trimble@fd.org
5
Attorneys for Defendant
6 | Juan Daniel Huerta-Chavez

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 18MJ20004-JLB |
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| JUAN DANIEL HUERTA-CHAVEZ, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Kimberly S. Trimble, Federal Defenders of San Diego, Inc., hereby gives notice that he/she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: July 11, 2018       *s/ Kimberly S. Trimble*
Federal Defenders of San Diego, Inc.
Attorneys for Juan Daniel Huerta-Chavez
Email: Kimberly_Trimble@fd.org

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Assistant U.S. Attorney

Respectfully submitted,

Dated: July 11, 2018

*s/ Kimberly S. Trimble*
Federal Defenders of San Diego, Inc.
Attorneys for Juan Daniel Huerta-Chavez
Email: Kimberly_Trimble@fd.org